# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

WILLIAM H. BAER,
:
    Petitioner,

                                       Case No. 2:10-cv-1164

:       District Judge George C. Smith
  -vs-                           Magistrate Judge Michael R. Merz

KIMBERLY CLIPPER, WARDEN,   :
GRAFTON CORRECTIONAL
INSTITUTION
                                         :
    Respondent.

## TRANSFER ORDER

       With the consent of District Judge Smith and both Magistrate Judges, the reference in the above-captioned habeas corpus action is hereby TRANSFERRED from the docket of Magistrate Judge Deavers to that of Magistrate Judge Merz.

January 18, 2013.

                                                                   s/ *Michael R. Merz*
                                                            United States Magistrate Judge